# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149070

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 149070
                                       COA: 312977
                                       Saginaw CC: 05-025865-FH

TOD KEVIN HOUTHOOFD,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 18, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014


Clerk

t0721